IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS KENYON,

    Plaintiff,

v.

AUSTIN ELLISON-MEADE,

    Defendant.

Case No. 1:21-cv-01196-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 18), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 18) is adopted in full. The Motion for Default Judgment (ECF No. 16) is GRANTED.

1 –ORDER

IT IS SO ORDERED.

    DATED this 14th day of March, 2022.

<u>/s/ Michael J. McShane</u>
Michael McShane
United States District Judge

2 –ORDER